

APR 1 2008

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 31, 2008

BY FAX
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Hary Brama,
~~~~~~~; 08 Civ. 1931 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter to request an approximately 60 day extension of time in which to respond to the above-referenced application pursuant to 28 U.S.C. § 2255 (the "2255 motion") from today until May 31, 2008.  4/24  The Government's response is due today, March 31, 2008.

RMB

On March 5, 2008, Your Honor issued an Order requiring the United States to respond to the 2255 motion by March 31, 2008. The Government requires additional time to consult with the defendant's prior counsel concerning the facts underlying some of the claims raised in the 2255 motion. Accordingly, the Government respectfully requests an additional 60 days from the date of this letter to respond to the 2255 motion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/
JONATHAN B. NEW
Assistant United States Attorney
Telephone: (212) 637-1049

Extension to
4/24/08 granted.

SO ORDERED:
Date: 4/1/08   Richard M. Berman
Richard M. Berman, U.S.D.J.

cc (by U.S. Mail):    Louis Kelsey
Inmate # 57751-054
FCI Fort Dix
P.O. Box 2000
For Dix, NJ 08640



# FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, SDNY
ONE ST. ANDREW'S PLAZA
NEW YORK, NY  10007

*****************************************************************

From:   Jonathan B. New
        Assistant United States Attorney

Phone:  (212) 637-1049

Fax:    (212) 637-0412

No. pages (including cover sheet): 3

Date sent:   March 31, 2008
*****************************************************************

> "FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION
>
> The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

*****************************************************************

To:    Hon. Richard M. Berman

Fax:   212-805-6717

Re:    United States v. Hary Brama

*****************************************************************
Message: