

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

P~

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2008



RECEIVED

JUL 29 2008

CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

BY FAX
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Hary Brama,
05 Cr. 109; 08 Civ. 1931 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter to request an additional 30 day
extension of time, *nunc pro tunc*, in which to respond to the above-referenced application
pursuant to 28 U.S.C. § 2255 (the "2255 motion") until August 18, 2008.  The Government's
response was due on or about July 17, 2008.  This will be the Government's final request for an
extension of time.

The Government has received an affirmation from the defendant's prior counsel
concerning the defendant's claim that his counsel failed to file a requested notice of appeal.  We
are in the process of reviewing that affirmation and other materials related to the defendant's
guilty plea in order to prepare a response to the 2255 motion.  The Government respectfully
requests the additional time in order to complete that review and submit an appropriate response.

Thank you for your consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:
JONATHAN B. NEW
Assistant United States Attorney
Telephone: (212) 637-1049

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2008

cc:   Hary Brama          (by U.S. Mail)
      Inmate # 57397-054
      McRae Correctional Facility
      P.O. Box 30
      McRae, Georgia 31055

Final extension Granted to
Govt to serve + file written
response to all issues raised
by MR. Brama by 8/18/08.

SO ORDERED:
Date: 7/30/08     Richard M. Berman
                  Richard M. Berman, U.S.D.J.